# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Michael T. Lamoureux          Case Number: 10-46163          Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#48 Motion of Chapter 7 Trustee for Approval of Public Sale of the estate's one-half undivided interest in property located at 26 Red Gate Road, Tyngsboro, MA

**OUTCOME:**

_✓_ Granted ___ Denied ___ Approved ___ Sustained
___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled
___ OSC enforced/released
___ Continued to:_____ For:_____
___ Formal order/stipulation to be submitted by:_____ Date due:_____
___ Findings and conclusions dictated at close of hearing incorporated by reference
___ Taken under advise ment: Brief(s) due_____ From_____
                             Response(s) due_____ From_____
___ Fees allowed in the amount of: $_____ Expenses of: $_____
___ No appearance/response by:_____
_✓_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____                   _____/s/ Henry Jack Boroff_____ Dated: 04/04/2012
Courtroom Deputy