UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                                                  Chapter 7
                                                                                        Case No. 10-46163
Michael T. Lamoureux                                                Honorable Henry J. Boroff

     Debtor
_____/

**MOTION OF OCWEN LOAN SERVICING, LLC**
**FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Now comes Ocwen Loan Servicing, LLC, a secured lien holder in the above captioned Chapter 7 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 26 Redgate Road, Tyngsboro, Massachusetts. In support of its motion, Ocwen Loan Servicing, LLC states the following:

1. On April 6, 2007, Michael Lamoureux and Kelly Ann Lamoureux, executed a note to Taylor, Bean & Whitaker Mortgage, Corp. in the original principal amount of $417,000.00 (the "Note"). The Note was subsequently endorsed in blank and transferred to the Movant.

2. The Note is secured by a mortgage to Mortgage Electronic Registration Systems, Inc., dated April 6, 2007 and recorded with the Middlesex County (Northern District) Registry of Deeds at Book 21137, on Page 74 (the "Mortgage"). The Mortgage was subsequently assigned to Ocwen Loan Servicing, LLC by assignment of Mortgage dated December 27, 2010 and recorded with Middlesex County (Northern District) Registry of Deeds at Book 24684, Page 211. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 26 Redgate Road, Tyngsboro, Massachusetts (the "Property").

3. Ocwen Loan Servicing, LLC is the current holder of the Mortgage.

4. Ocwen Loan Servicing, LLC is the current holder of the Note.

5. On December 17, 2010, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

6. The Note and the Mortgage are in default for the October 1, 2010 payment and all subsequent payments, plus reasonable attorney's fees and costs and other charges incurred.

7. According to Debtor's Statement of Intention, the Property will be surrendered.

8. There is no other collateral securing the obligation.

9. According to Schedule C, the Debtor is claiming an exemption in the Property in the amount of $1,000.00 pursuant to 11 USC § 522(d)(1).

10. According to Schedule D, the fair market value of the Property is $435,000.00. Ocwen Loan Servicing, LLC estimates that the liquidation value of the Property is no greater than $408,900.00, which is the market value minus 6% for the cost of sale.

11. According to Schedule D Citizens Bank holds an additional lien on the property in the amount of $76,911.00.

According to Schedule F National Grid holds an additional lien in the amount of $440.00.

12. To the knowledge and belief of Ocwen Loan Servicing, LLC, there is no declaration of homestead recorded against the Property.

13. As of August 29, 2012, the total outstanding balance owed on the Note is $463,580.98.

14. The estimated amount of encumbrances on the Property is $540,931.98.

15. Ocwen Loan Servicing, LLC is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

16.  Ocwen Loan Servicing, LLC is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) because the Debtor has no equity in the Property and the Property is not necessary for an effective reorganization.

WHEREFORE, Ocwen Loan Servicing, LLC moves that the court enter an order granting Ocwen Loan Servicing, LLC relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property.

Ocwen Loan Servicing, LLC
By its attorneys,

Date:   August 29, 2012

/s/ John T. Precobb
John T. Precobb, Esq.
BBO# 561931
Orlans Moran PLLC
P.O. Box 962169
Boston, MA 02196
Phone: (617) 502-4100
Fax: (617) 502-4101
Email: bankruptcy@orlansmoran.com
File Number: 189.4432